No. 91–8601. SCALES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8602. SEIFERT *v.* JONES. C. A. 8th Cir. Certiorari denied.

No. 91–8603. VILLICANA-PENA *v.* UNITED STATES; and
No. 91–8632. FIGUEROA-VASQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 958 F. 2d 378.

No. 91–8604. LEGRAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8605. FREE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8606. TRANSOU *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8608. DUBOIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8609. RAYSOR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–8610. CLARK *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 91–8611. PRICE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–8612. RONNING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8613. LAWWILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8614. PRUNTY *v.* VOINOVICH, GOVERNOR OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 91–8616. SMITH *v.* IEYOUB, ATTORNEY GENERAL OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 91–8617. STRATTON *v.* GEOFFREY, INC. C. A. 9th Cir. Certiorari denied.